IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETERS TOWNSHIP SCHOOL DISTRICT, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-1576 |
| | : | |
| B.B., a minor, et al., | : | |
| Defendants. | : | |

**Motion for Extension of Time**

AND NOW COME the Plaintiffs, B.B., a minor by his parent, D.B. and D.B., by their attorneys, Brandi K. Suter, Esq., and Ruder Law LLC, file this Motion for Extension of Time, averring as follows:

1. Pursuant to previous orders entered in this case, dispositive motions must currently be filed no later than September 17, 2021.
2. Defendant's counsel contacted counsel for the Plaintiff via electronic mail, requesting their consent for an extension of time for both parties to file Cross-Motions for Summary Judgment.
3. Attorney Rebecca Heaton Hall, counsel for the Plaintiff, consented via electronic mail to a ten day extension for Parties to file their Cross-Motions for Summary Judgment.
4. Thus, Motions for Summary Judgment would now need to be filed no later than Monday, September 27, 2021.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order of Court granting their request for a ten day extension for the Parties to file Motions for Summary Judgment.

                              Respectfully submitted,

                              */s/ Brandi K. Suter*

                              Brandi K. Suter
                              Pa. ID 322100
                              Ruder Law, LLC
                              301 Grant Avenue
                              Suite 270
                              Pittsburgh, PA 15219
                              (412) 281-4959
Dated: September 17, 2021             brandiksuter@ruderlaw.com