IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| PETERS TOWNSHIP SCHOOL DISTRICT, | ) | |
| Plaintiff, | ) | 2:20-CV-01576-CRE |
| vs. | ) | |
| B. B., A MINOR; D. B., HIS PARENT; AND D. B., HIS PARENT; | ) | |
| Defendants, | ) | |

## ORDER

AND NOW, this 30th day of June, 2022,

Upon consideration of the District's motion for summary judgment ECF No. 33 and Defendants' motion for summary judgment ECF No. 37,

IT IS HEREBY ORDERED that the District's motion for summary judgment ECF No. 33 is GRANTED and the Defendants' motion for summary judgment ECF No. 37 is DENIED.

A Judgment Order follows.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF

1